. UNITED STATES of America, Plaintiff—Appellee,

v.

Reginald MIMMS, a/k/a Gerald King, Defendant—Appellant.

No. 10–6323.

United States Court of Appeals, Fourth Circuit.

Submitted: July 19, 2010.

Decided: Aug. 5, 2010.

Reginald Mimms, Appellant Pro Se. Joseph W.H. Mott, Office of the United States Attorney, Roanoke, Virginia, for Appellee.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Mimms seeks to appeal the district court's order denying his motion for a writ of audita querela, pursuant to the All Writs Act, 28 U.S.C. § 1651(a) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.* *See*

---

* Although the court previously affirmed the district court's order in *United States v. Mimms*, 333 Fed.Appx. 793 (4th Cir.2009) (No. 09–6633) (unpublished), this court's opinion and order failed to refer to one of the underlying criminal matters in which the district court's order was filed. Accordingly, this per curiam opinion refers to both underlying criminal matters.

*United States v. Mimms,* Nos. 7:99–cr–00048–jct; 7:00–cr–00022–jct, 2009 WL 700415 (W.D.Va. Mar. 17, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*